# United States District Court
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| AAYUSH KHATIWADA | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:22-CV-79-S-BT |
| | § | |
| GREGORY LYNN DEBOSKIE | § | |

## JUDGMENT

The Court has entered its Order Accepting the Findings, Conclusions, and Recommendation of the United States Magistrate Judge in this case. It is therefore **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute or comply with court orders.

**SO ORDERED.**

SIGNED March 9, 2022.

**UNITED STATES DISTRICT JUDGE**